FILED
CHARLOTTE, NC

JUL 0 2 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**North Carolina Western**
**MEMORANDUM**

**Date:** June 24, 2009

**To:** The Honorable Graham C. Mullen, U.S. District Judge

**From:** John T. Holiday, United States Probation Officer

**Subject:** Jonathan Pettis
Docket # 3:97CR116-02-MU
Request for Permission to Travel to Santiago, Dominican Republic

---

This is reference to the above named offender, convicted on October 27, 1998 of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, 21:841(a)(1) and 846 and sentenced to 120 months imprisonment followed by Supervised Release for a term of 3 years. Special Condition: (1) $100.00 special assessment (paid).

Mr. Pettis has requested permission to travel to Santiago, Dominican Republic for a personal vacation. Mr. Pettis would like to depart mid to end of July 2009, based on flight and hotel availability. Mr. Pettis has been compliant with all requests, maintains a stable residence, and is the owner of an established business. It is recommended he be allowed to travel at this time contingent upon providing all pertinent documentation regarding his trip including but not limited to: hotel accommodations, flight information and exact dates of arrival and departure upon their booking.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-7651.

(✓) Permission to Travel Approved
( ) Permission to Travel Denied
( ) Other

29 June 09
Date

*Graham C. Mullen*
Signature of Judicial Official